# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:05cv223

| | |
|---|---|
| SHELBY TEAGUE, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| HARTFORD LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the court on plaintiff's submission of the administrative record in support of her Motion for Summary Judgment.

The undersigned has conducted a preliminary review of the 1320 page unbound, unindexed, and un-tabbed document. Such voluminous document was presented to the court wrapped in saran wrap. Based on such review, the court has determined that consideration of such a document in such a format would unduly delay consideration of the merits of the cross motions for summary judgment and further frustrate consideration by a reviewing court. The document will, therefore, be returned to counsel for plaintiff (as an officer of the court) to complete the following tasks in consultation with counsel for defendant:

(1)  bind the document in three ring binders;

(2)  provide an index to major categories of documents (i.e., plan documents, correspondence from plan administrator, administrative claim, administrative claim proceedings, administrative decision, administrative appeals, medical provider records (by provider and/or in chronological order), personnel records, etc.); and

(3)  insert tabs corresponding to indexed categories.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Administrative Record in this matter is **RETURNED** to counsel for plaintiff, who shall resubmit such bound, indexed, and tabbed document not later than the time of filing plaintiff's response to defendant's Motion for Summary Judgment.

**Signed: December 19, 2005**

Dennis L. Howell
United States Magistrate Judge